# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CCA AND B, LLC,**  *Plaintiff,*  v.  **Cartoon Doll Mascot Costume Store,** *et al.*,  *Defendants.* | Case No.: 1:25-cv-0390-TWT |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff CCA and B, LLC d/b/a The Lumistella Company, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. ShangHaiZiRongDianZiKeJiYouXianGongSi; and
2. Zhongshanshishengduzhaomingyouxiangongsi.

Dated: April 4, 2025.

Respectfully submitted,
THE SLADKUS LAW GROUP

*s/ Carrie A. Hanlon*
Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com

1

Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, GA 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

***Attorneys for Plaintiff***